UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. J., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CAMPBELL UNION SCHOOL DISTRICT, et al.,<br><br>　　　　　　　Defendants. | Case No. 23-cv-00277-JCS<br><br>**REQUEST FOR SUPPORTING DECLARATIONS** |

The parties have submitted a Joint Petition for Approval of Minor's Compromise (dkt. 1) ("Petition"). Based on the current record, the Court is unable to fulfill its special duty, under Rule 17(c) of the Federal Rules of Civil Procedure, to conduct its own inquiry to determine whether the settlement serves the best interests of E.J. The Court requests that the parties supply supporting declarations establishing that the proposed settlement meets this standard. These declarations should include (but are not limited to) a declaration from counsel addressing the reasonableness of the terms of the settlement, including the fees and costs they will receive under the agreement; and a declaration by E.J.'s mother and guardian ad litem, RaVae Jensen, establishing that she believes the proposed settlement to be a fair and reasonable resolution of the claims asserted in this case. The parties shall file these supporting declarations no later than **February 24, 2023.**

**IT IS SO ORDERED.**

Dated: January 24, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge